UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re Subpoena matter in** <br><br> **WGL ENERGY SYTEMS INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **DAE SUNG LLC,** <br><br> Defendant | Civil Action No. 19-723 |

## NOTICE OF REMOVAL

The United States Attorney, by and through undersigned counsel, and on behalf of the United States General Services Administration ("GSA"), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, and *Brown & Williamson Tobacco Corp. v. Williams*, 62 F.3d 408, 412-15 (D.C. Cir. 1995).  In support of this Notice, GSA states as follows:

1. The GSA is in receipt of a subpoena purportedly issued in a civil case now pending in the Superior Court for the District of Columbia, *WGL Systems Inc. v Dae Sung LLC,* 2018 CA 000384 B.  A copy of the subpoena is attached as Exhibit 1.

2. The third-party subpoena, delivered on or around March 4, 2019, purports to direct the GSA to provide contracts in the possession of and internal correspondence within the GSA.

3. The GSA is an agency of the United States.  *See* 28 U.S.C. § 1442(a)(1).

4. Further, this matter involves a "civil action" "commenced in a State court" that is "directed to" the GSA. 28 U.S.C. § 1442(a).  Specifically, the term "civil action" "include[s] any proceeding (whether or not ancillary to another proceeding) to the extent that in such proceeding a judicial order, including a subpoena for testimony or documents, is sought." *Id.* § 1442(d)(1).

5.      Accordingly, this subpoena matter is hereby removed to this Court. *See id*. ("If removal is sought for a proceeding described in the previous sentence, and there is no other basis for removal, only that proceeding may be removed to the district court."); s*ee also Brown & Williamson Tobacco Corp. v. Williams*, 62 F.2d 408, 415 (D.C. Cir. 1995) (permitting removal of District of Columbia Superior Court subpoena action that sought production of documents because federal jurisdiction even under the pre-amendment version of 28 U.S.C. § 1442(a) applied to "any proceeding in which state judicial civil power was invoked against a federal official").  The underlying is not being removed and remains pending at the Superior Court for the District of Columbia.[1]

Dated:  March 14, 2019

Respectfully submitted,
JESSIE K. LIU, D.C., Bar #472845
United States Attorney
District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:     _/s/ Matthew Kahn_____
MATTHEW KAHN
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-6718 (phone)
Matthew.Kahn@usdoj.gov

---

[1] A Notice of Filing of this Notice of Removal is being filed this date with the Superior Court for the District of Columbia.

2